# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DE RONG SHANG, aka Jason Shang, and YULI EATON,<br><br>　　　　Defendants. | CASE NO. 2:11-cr-00110-RLH-LRL<br><br>**[PROPOSED] ORDER RE MOTION TO MODIFY COURT ORDER SETTING CONDITIONS OF RELEASE FOR DE RONG SHANG** |

## ORDER

The matter of defendant DE RONG SHANG's conditions of release was taken under submission by this court via motion of defendant. The Government does not Oppose the motion. Having considered the terms of the proposed Order, the memorandum of points and authorities accompanying the motion, the record herein and in light of the agreed-upon nature of the proposed modification, it is hereby:

**ORDERED** that defendant DE RONG SHANG's motion is **GRANTED**; and, it is further:

**ORDERED** that condition eight (8) of the Court's Order regarding Additional Conditions of Release (Dkt. 17), is and shall be modified as follows:

　　1.　　Sub-sections (t) and (u) are hereby stricken and will no longer be imposed;

2. Sub-sections (t) and (u) are to be replaced with sub-section (l) and Mr. Shang will report twice a week by telephone and twice a month in-person with the pretrial services department for the Central District of California;

3. All other release conditions of the Court's Order will remain the same.

SIGNED this  31st  day of May, 2011,

_____
U.S. MAGISTRATE JUDGE

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 South Grand Avenue, Ninth Floor, Los Angeles, California 90017-4613.

On May 26, 2011, I served true copies of the following document(s) described as **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S *UNOPPOSED* MOTION TO MODIFY COURT ORDER SETTING CONDITIONS OF RELEASE FOR DE RONG SHANG** on the interested parties in this action as follows:

**SEE ATTACHED LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Pursuant to the E-Filing System of the United States District Court, District of Nevada to the parties at the e-mail addresses on the Court's website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 26, 2011, at Los Angeles, California.

*/s/ Marian R. Wahlquist*
Marian R. Wahlquist

# SERVICE LIST
## USA vs. De Rong Shang

| | |
|---|---|
| Daniel G. Bogden<br>Andrew W. Duncan<br>Assistant United States Attorney<br>United States Attorney<br>333 Las Vegas Blvd., South, Suite 5000<br>Las Vegas, NV 89101<br>Telephone: (702) 388-6336<br>Facsimile: (702) 388-5087 | Plaintiff UNITED STATES OF AMERICA |
| Dan M. Winder, Esq.<br>Law Offices of Dan M. Winder, PC<br>3507 W. Charleston Blvd.,<br>Las Vegas, NV 89102<br>Telephone: 702-474-0523<br>Facsimile: 702-474-0631 | Defendant YULI EATON |