# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                            )<br>                        Plaintiff,             )<br>                                                            )<br>v.                                                         )<br>                                                            )<br>DE RONG SHANG,                           )<br>                                                            )<br>                        Defendant.         )<br>_____ ) | 2:11-cr-0110-RLH-LRL<br><br>**O R D E R** |

Before the court is the defendant Shang's Motion for Clarification of Court Order or in the Alternative, Application for Extension of Time to File Limine Motions Before Trial (#33). The court has considered the motion and the government's Response (#42).

IT IS ORDERED that the motion (#33) is granted as follows: in its response, the government provides an accurate primer on pretrial procedure in criminal cases in the unofficial Southern Division of the District of Nevada. To the extent that a party deems a pretrial motion to exclude or suppress evidence to be appropriate after the motion deadlines have passed, the party may, upon a showing of good cause, seek leave of court to file an untimely motion.

DATED this 22nd day of August, 2011.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**