# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:11-CR-0110-RLH-VCF |
| vs. | ) | **O R D E R** |
| DE RONG SHANG, | ) | |
| Defendant. | ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#122, filed January 14, 2012), entered by the Honorable Cam Ferenbach, regarding Defendant's Motion to Dismiss Original Indictment (#81), and the United States' Motion to Dismiss Original Indictment (#92, filed December 23, 2011). No objection was filed to Magistrate Judge Ferenbach's Report and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Ferenbach should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge Cam Ferenbach's Report and Recommendation (#122, entered January 14, 2012) is ACCEPTED and ADOPTED, Defendant's

1  Motion to Dismiss Original Indictment (#81) is granted and the United States' Motion to Dismiss
2  Original Indictment (#92) is denied.
3        Dated: February 29, 2012.

_____
**ROGER L. HUNT**
**U.S. District Judge**