# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:11-CR-0110-RLH-VCF |
| vs. | ) | **O R D E R** |
| DE RONG SHANG, | ) | |
| Defendant. | ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#125, filed January 26, 2012), entered by the Honorable Cam Ferenbach, regarding Defendant's Motion to Dismiss Superseding Indictment (#82). Defendant's Objections to Report and Recommendation (#149) of the United States Magistrate Judge were filed, in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. The United States filed a Response (#156) thereto, and the matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Ferenbach should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommendation (#125, entered January 26, 2012) is ACCEPTED and ADOPTED, Defendant's Motion (#82) is denied.

Dated: February 29, 2012.

_____
ROGER L. HUNT
U.S. District Judge