# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cr-0110-RLH-VCF |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| DE RONG SHANG, | ) | |
| | ) | |
| Defendant. | ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#158, filed February 28, 2012), entered by the Honorable Cam Ferenbach, regarding Defendant Shang's Second Motion to Dismiss Superseding Indictment (#140). An Objection (160) was filed by the United States, and an Objection (#167) was filed by Defendant Shang, to Magistrate Judge Ferenbach's Report and Recommendation of United States Magistrate Judge, in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. As neither Objection has merit, and because the trial is scheduled to begin on March 12, 2012, and the matter was immediately considered by the Court.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge (#158) should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommendation (#158, entered February 28, 2012) is ACCEPTED and ADOPTED; the Objections are overruled, and Defendant Shang's Second Motion to Dismiss Superseding Indictment is denied.

Dated: March 6, 2012.

_____
**ROGER L. HUNT**
**U.S. District Judge**