UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff(s), )<br>  )<br>vs. )<br>  )<br>  )<br>DE RONG SHANG, aka Jason Shang,)<br>  )<br>  Defendant(s). )<br>_____) | 2:11-cr-110-RLH-VCF |

    Due to the estimated length of the trial, the Court has deemed it appropriate to adjust its standard trial schedule. In shortening the trial day, it is necessary that the lunch break be omitted.

    ACCORDINGLY, IT IS HEREBY ORDERED the impaneled jury shall be provided fruit and deli trays daily from the commencement of the trial on March 12, 2012 until such time as the jury is released from service.

    IT IS FURTHER ORDERED all food items furnished daily for said jury and attendants shall be paid by the Clerk of Court.

DATED: March 12, 2012

_____
UNITED STATES DISTRICT JUDGE