```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA

UNITED STATES OF AMERICA,      )
                               )
     Plaintiff(s),             )
                               )      2:11-cr-110-RLH-VCF
vs.                            )
                               )      MINUTES OF THE COURT
DE RONG SHANG, aka Jason Shang,)
                               )      March 12, 2012
     Defendant(s).             )
                               )
```

THE HONORABLE     **ROGER L. HUNT**     UNITED STATES DISTRICT JUDGE

COURTROOM ADMINISTRATOR KANDY CAPOZZI COURT REPORTER HEATHER NEWMAN

COURT RECORDER ARACELI BARENG (1:30 p.m - 2:30 p.m. *only)*

COUNSEL FOR PLAINTIFF(S) ANDREW DUNCAN; BRANDON JAROCH

COUNSEL FOR DEFENDANT(S) LISA ANGELO; PYNG SOON; MICHAEL SANFT

MANDARIN INTERPRETER(S) ALEX YOUNG; WAI MEI BORGEL

MINUTES OF PROCEEDINGS: **JURY TRIAL (Day One - Jury Selection)**

The Court convenes at 9:09 a.m. Defendant is present. FBI Agent Michael Kung is present with the Government.

The Court notes that a motion was filed this morning. As the Court does not receive notifications of filings until the following day, counsel are directed to have courtesy copies delivered to chambers of all filings made during the course of the trial.

The Court goes off the record at 9:11 a.m. to await the jury. The Court goes back on the record intermittently to answer questions and discuss issues regarding proposed *voir dire* questions, challenges for cause, trial schedule, *et cetera.*

**Sixty- four prospective jurors enter the Courtroom at 9:42 a.m**. The jurors are addressed by the Court and the Courtroom Administrator administers the oath. Thirty-four initial jurors are identified and *voir dire* commences.

The Court recesses from 10:59 a.m. to 11:19 a.m.

*Voir dire* concludes.

Peremptory challenges are made. Fourteen jurors are selected and the Courtroom Administrator administers the oath.

**The jury is admonished and excused for a half-hour break at 12:56 p.m.**

**OUTSIDE THE PRESENCE OF THE JURY**: The Court hears Ms. Anderson's and Mr. Duncan's arguments regarding defense's Motion *in Limine* (#186).

The Court enters findings on the record. Accordingly, **IT IS HEREBY ORDERED Motion *in Limine* (#186) is DENIED**. However, the Court points out that the exhibits are not admitted until such time as the appropriate foundations are laid.

The Court recesses from 1:08 p.m. to 1:37 p.m.

The Court gives preliminary instructions to the jury.

**IT IS HEREBY ORDERED the trial in this matter shall continue TUESDAY, MARCH 13, 2012 at 8:30 a.m.**

The jury is admonished and the Court adjourns at 1:59 p.m.

                                        LANCE S. WILSON, CLERK
                                        U.S. DISTRICT COURT

                                        BY: /s/ Kandy Capozzi
                                        Courtroom Administrator