**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:11-CR-110-RLH (LRL) |
| DE RONG SHANG, aka Jason Shang, | ) ) ) ) | |
| Defendant. | ) | |

**ORDER OF FORFEITURE**

On March 27, 2012, defendant DE RONG SHANG, aka Jason Shang, was found guilty by a jury of Counts One through Thirteen with Conspiracy to Commit Wire Fraud, in violation of Title 18, United States Code, Sections 1343 and 1349; and of Counts Fourteen through Twenty-Three with Wire Fraud, in violation of Title 18, United States Code, Section 1343. Jury Verdict, ECF No. 219.

This Court finds that DE RONG SHANG, aka Jason Shang, shall pay a criminal forfeiture money judgment of $1,011,400.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from DE RONG SHANG, aka Jason Shang, a criminal forfeiture money judgment in the amount of $1,011,400.00 in United States Currency.

DATED this 27th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individuals were served with a copy of the foregoing (proposed) Order of Forfeiture on April 26, 2012, by the below identified method of service:

CM/ECF:

Lisa D Angelo
Murchison & Cumming
801 S. Grand Avenue
Los Angeles, CA 90017
Email: langelo@murchisonlaw.com
Counsel to the Defendant De Rong Shang

Michael J. Nunez
Murchison & Cumming, LLP
6900 Westcliff Drive Suite 605
Las Vegas, NV 89145
Email: cvoigt@murchisonlaw.com
Counsel to the Defendant De Rong Shang

Pyng Soon
Murchison & Cumming, LLP
801 S. Grand Ave 9th Fl
Los Angeles, CA 90017
Email: psoon@murchisonlaw.com
Counsel to the Defendant De Rong Shang

Michael W Sanft
SANFT LAW
520 S 4th Street
Las Vegas, NV 89101
Email: sanftlawgroup@mac.com
Counsel to the Defendant De Rong Shang

Dan M. Winder
Law Office of Dan M. Winder, PC
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Email: winderdandocket@aol.com
Counsel to the Defendant Yuli Eaton

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal