**FILED**

OCT 22 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           )<br>         Plaintiff, )<br>           )<br>    v.    )<br>           )<br> DE RONG SHANG, aka )<br> Jason Shang )<br>           )<br>         Defendant. ) | 2:11-CR-110-RLH-(VCF) |

### ORDER OF FORFEITURE

This Court found on April 27, 2012, that DE RONG SHANG, aka Jason Shang, shall pay a criminal forfeiture money judgment of $1,011,400.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Order of Forfeiture, ECF No. 229.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from DE RONG SHANG, aka Jason Shang, a criminal forfeiture money judgment in the amount of $1,011,400.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B);Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this 22 day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE